CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JAN 06 2011

JULIA C. DUDLEY, CLERK
BY: H McDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DAVID RAY BARBOUR,<br>    Plaintiff, | ) <br>) <br>) | Civil Action No. 7:10-cv-00579 |
| v. | ) <br>) | ORDER |
| LT. CANTERBURG, et al.,<br>    Defendants. | ) <br>) | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff's complaint is **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915A(b)(1); all pending motions are **DISMISSED as moot**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 6th day of January, 2011.

/s/ Jackson L. Kiser
Senior United States District Judge